UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CAMPBELL WHITE,<br>JESSICA WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE AFFINITY INSURANCE<br>COMPANY OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:24-cv-00159-RLY-CSW |

**ORDER ON PLAINTIFF'S MOTION TO MAINTAIN EXHIBITS UNDER SEAL**

Plaintiffs, Campbell and Jessica White, by counsel, has filed their *Motion to Maintain Exhibits Under Seal*. (Dkt. 105). An Agreed Protective Order was entered in this case on October 8, 2024. (Dkt. 29). Pursuant to the Order, the items which are the subject of the *Motion* qualify as Designated Materials and have been designated as confidential. Plaintiffs seek leave to file the Designated Materials under seal pursuant to Local Rule 5-11(d). The Court, having reviewed said *Motion*, the Designated Materials and the Protective Order, and being duly advised in the premises, now finds that said Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Exhibit C (Dkt. 104) to Campbell and Jessica White's *Response in Opposition* (Dkt. 103) to Defendant's *Motion to Exclude the Expert Testimony of Michael S. Werner* (Dkt. 101) must be immediately sealed and be maintained under seal.

**SO ORDERED.**

Date: November 17, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record.